IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| M. DIANE KOKEN, : | |
| *Insurance Commissioner of the Commonwealth* : | CIVIL ACTION |
| *of Pennsylvania, in Her Official Capacity* : | |
| *as Liquidator of Reliance Insurance Company,* : | NO. 05-3049 |
| : | |
| Plaintiff, : | |
| : | |
| v. : | |
| : | |
| MIZUHO CORP. BANK, LTD, : | |
| : | |
| Defendant. : | |

## **ORDER**

AND NOW, this 30th day of June, 2009, it is hereby ORDERED that Plaintiff's Motion to Remand to the Commonwealth Court of Pennsylvania (Doc. No. 3) is DENIED for the reasons stated in the accompanying memorandum.

BY THE COURT:

_____S/ C. Darnell Jones II_____
J.